IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-718C |
| | ) | ( Judge Emily C. Hewitt ) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lisa B. Donis as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

LISA B. DONIS
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: May 6 , 2004

Lisa B. Donis
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 305-7561
Fax: (202) 305-7644