IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-718C |
| | ) | (Judge Hewitt) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), defendant respectfully requests an enlargement of time of 30 days, to and including July 26, 2004, within which to file a response to plaintiff's complaint. Our response is currently due for filing on June 25, 2004. Plaintiff's counsel has represented that he will oppose this request.

Defendant's counsel received the agency's litigation report on June 10, 2004. The allegations raised by plaintiff are voluminous and complex, and appear, at first blush, to raise issues concerning the Court's jurisdiction. Accordingly, defendant's counsel needs additional time to research the issues involved in this case and determine the proper response to plaintiff's complaint. Defendant's counsel has been unable to conduct the research and analysis necessary to respond to plaintiff's complaint in the past week, and will be unable to do so in the next week, because her time has been taken up in responding to a bid protest in Aliron v. United States, Fed. Cl. No. 04-873C; filing a cross-motion and response to plaintiff's

renewed motion for summary judgment in Godwin v. United States, No. 98-167C on June 11, 2004; and, preparing the Government's response to appellant's brief in Martin v. Dept. of Veterans Affairs, Fed. Cir. No. 04-3023, to be filed on June 25, 2004.

Accordingly, defendant's counsel has not had the necessary time to examine plaintiff's complaint and the agency's litigation report, and prepare a response to the complaint filed in this case. Accordingly, this 30 day enlargement will permit the Government the necessary time to become familiar with the contract at issue in this case, and make a determination as to how best respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests the Court to grant an enlargement of time, to and including July 26, 2004, within which to respond to plaintiff's renewed motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick for James Kinsella
JAMES M. KINSELLA
Deputy Director

s/Lisa B. Donis
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Attorneys for Defendant

JUNE 21, 2004

CERTIFICATE OF FILING

I hereby certify that on June 21, 2004, a copy of foregoing "Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa B. Donis
LISA B. DONIS