# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: June 22, 2004)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion for an Enlargement of Time, requesting an enlargement of time of thirty days for defendant's answer or other response to plaintiff's complaint. Plaintiff apparently opposes this motion. For the reasons stated therein, defendant's motion is granted. Defendant's answer or other response to plaintiff's complaint shall be filed on or before July 26, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge