# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: July 2, 2004)

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Plaintiff's Motion for Early Discovery (plaintiff's motion or Pl.'s Mot.), filed on June 28, 2004, and Defendant's Response in Opposition to Plaintiff's Motion for Early Discovery, filed on July 1, 2004. Plaintiff's reply is currently due on or before July 15, 2004. The court notes that defendant's response was filed well before its due date. The court also notes that plaintiff's motion requests an expedited discovery schedule, citing the need for a "speedy resolution of this matter." Pl.'s Mot. at 2. Plaintiff's reply shall therefore be filed on or before July 8, 2004. To ensure the court's consideration of plaintiff's reply, plaintiff shall transmit by facsimile a copy of its filing to chambers at 202-219-9552 before 5:00 PM, Thursday, July 8, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge