# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: July 21, 2004)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has scheduled an on-the-record telephonic status conference to discuss further proceedings in this case. The conference call will take place at 10:00 AM, Tuesday, July 27, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge