# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: July 26, 2004)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (defendant's motion), document #13 filed electronically on July 22, 2004. This filing was deficient in several respects. First, document #13 lacked a table of contents, RCFC 5.2(a)(1)(A), and lacked indices for the appendix filed with the main document, RCFC 5.2(a)(1)(G). Also, because defendant was requesting three types of relief, three relief codes should have been used for the electronic filing, not just Rule 12(b)(1) relief.[1] Plaintiff filed separately a table of contents for defendant's motion, filed as document #15, also electronically filed on July 22, 2004. Unfortunately, this filing was docketed as a second Rule 12(b)(1) motion to dismiss. The Clerk shall STRIKE defendant's document #15 from the docket.

[1]Three types of requested relief could have been docketed by selecting Rule 12(b)(1), 12(b)(6) and Summary Judgment motions in the motion selection screen (by pressing and holding down the Ctrl key and clicking on each of the desired multiple forms of relief).

Defendant shall file a "Notice" document which shall include as attachments both the table of contents previously submitted, and an index to defendant's appendix attached to defendant's motion, document #13. The docket text for this filing should indicate the nature of the attachments and their supplementation of document #13. Defendant's notice shall be filed on or before Friday, July 30, 2004.

Notwithstanding these docketing errors, defendant's motion is accepted as FILED by leave of the court with its original filing date of July 22, 2004. For future filings, the court refers the parties to the CM/ECF User Manual for Attorneys, which can be found on this court's website: http://www.uscfc.uscourts.gov/CMECF.htm. The parties are also encouraged to contact ECF User Assistance at 866-784-6273 (toll free) or 202-219-9942, Monday to Friday, 9 a.m. to 5 p.m. regarding electronic filing questions.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge