IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-718C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING

Pursuant to the Court's July 26, 2004 order, defendant's submits this Notice of Filing. In this filing, defendant attaches the table of contents for its "Motion To Dismiss Or, In The Alternative, Motion For Summary Judgment," filed by leave of the Court on July 22, 2004, and additionally submits the index for the appendix to defendant's motion, which was also filed on July 22, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Lisa B. Donis
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7561

Attorneys for Defendant

JULY 26, 2004

CERTIFICATE OF FILING

I hereby certify that on July 26, 2004, a copy of foregoing "Defendant's Notice of Filing," and accompany attachments were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa B. Donis
LISA B. DONIS