# INDEX TO APPENDIX


| Document Name | Page Nos. |
| --- | --- |
| Scope of Work, Contract DAMT01-02-C-0026 (excerpts) | 1 - 5 |
| 10/8/03 Letter from CW Government Travel to Jackie Robinson-Burnette | 6 - 7 |
| 10/17/03 Letter from Jackie Robinson-Burnette to Erma Spell, CW Government Travel | 8 |
| 11/3/03 Letter from CW Government Travel to Jackie Robinson-Burnette | 9 - 10 |
| 12/1/03 Letter from CW Travel to Jackie Robinson-Burnette | 11 - 12 |
| 12/29/03 Letter from Jackie Robinson-Burnette to Erma Spell, CW Government Travel | 13 - 14 |
| 1/6/04 Letter from CW Government Travel to Jackie Robinson-Burnette | 15 - 17 |
| 3/1/04 Letter from Jackie Robinson-Burnette to Erma Spell, CW Government Travel | 18 -19 |