No. 04-718C
(Judge Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

# DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Lisa B. Donis
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7561
Attorneys for Defendant

**JULY 22, 2004**

# TABLE OF CONTENTS

**PAGE(S)**


QUESTIONS PRESENTED . . . . . . . . . . . . . . . . . . . . . . . . 1

DEFENDANT'S BRIEF . . . . . . . . . . . . . . . . . . . . . . . . 2

Nature Of The Case . . . . . . . . . . . . . . . . . . . . . . . . 2

Statement of Facts . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . 8

I. This Court Does Not Possess Jurisdiction To Entertain CW's Complaint . . . . . . 8

A. CW Did Not Submit A Valid Claim To Its Contracting Officer . . . . . . . . . . . 8

B. The Contracting Officer Did Not Issue A Final Decision . . . . . . . . . . . . . . . 12

II. CW Is Not Entitled To The Declaratory Judgments It Seeks In This Case . . . . . 15

A. There Is No Live Dispute Between The Parties . . . . . . . . . . . . . . . . . . . . . . . 17

B. The Declarations Sought By CW In This Case Will Not Likely Resolve Any Dispute . . . . . . . . . . . . . . . . . . . . 18

C. CW Has Adequate Legal Remedies to Protect Its Interests Without Resorting To A Premature Judicial Determination Of Its Contract Rights . . . . . . . . . . . . . . . . . . . . 19

III. Summary Judgment Is An Appropriate Method For The Disposition Of The Case . . . . . . . . . . . . . . . . . . . . 20

IV. CW Is Not Entitled To The Declarations It Seeks In This Case . . . . . . . . . . . . . 21

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . 27

# TABLE OF AUTHORITIES

**CASES** **PAGE(S)**


Aldridge v. United States,
59 Fed. Cl. 387 (2004) . . . . . . . . . . 17

Alliant Techsytems, Inc. v. United States,
178 F.3d 1260 (Fed. Cir. 1999) . . . . . . . . . . Passim

Anderson,
477 U.S. at 248 . . . . . . . . . . 21

Arizonans For Official English,
520 U.S. 43 (1997) . . . . . . . . . . 18

Buse Timber & Sales, Inc. v. United States,
45 Fed. Cl. 258 (1999) . . . . . . . . . . 13

Celotex Corp. v. Catrett,
477 U.S. 317 (1986) . . . . . . . . . . 21

Clearwater Constructors, Inc. v. United States,
56 Fed. Cl. 303 (2003) . . . . . . . . . . 12

Coast Federal Bank, FSB v. United States,
323 F.3d 1035 (Fed. Cir. 2003), citing Foley Co. v. United States, 11 F.3d 1032, 1034 (Fed. Cir. 1993) . . . . . . . . . . 22

Glass v. United States,
258 F.3d 1349 (Fed. Cir.2001) . . . . . . . . . . 17

GPA-I, LP v. United States,
46 Fed. Cl. l762 (2000) . . . . . . . . . . 12

Hamilton Security Advisory Services v. United States,
60 Fed. Cl. 144 (2004) . . . . . . . . . . 16

Id. (citing McAbee Construction Inc. v. United States,
97 F.3d 1431 (Fed. Cir. 1996) . . . . . . . . . . 22

Lujan v. Defenders of Wildlife,
504 U.S. 555 (1992) . . . . . . . . . . 18

Made in the USA Foundation v. United States,
51 Fed. Cl. 252 (2001) . . . . . . . . . . 13, 17

## TABLE OF AUTHORITIES(cont'd)

**CASES** **PAGE(S**

Metric Constructors, Inc. v. National Aeronautics and Space Admin.,
169 F.3d 747 (Fed. Cir. 1999) . . . . . . . . . . 22

Mingus Constructors, Inc. v. United States,
812 F.2d 1387 (Fed. Cir. 1987) . . . . . . . . . . 20

Naplesyacht.com v. United States,
60 Fed. Cl. 459 (2004), quoting Fina Oil & Chemical Co. v. Ewen, 123 F.3d 1466, 1470 (Fed. Cir. 1997) . . . . . . . . . . 18

Omega World Travel, Inc. v. United States,
54 Fed. Cl. 570 (2002) . . . . . . . . . . 3

Paxson Electric Company, Inc. v. United States,
14 Cl. Ct. 634, 642 (1988) (citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247 (1986)) . . . . . . . . . . 20

Sterling Savings v. United States,
57 Fed. Cl. 445 (2003) . . . . . . . . . . 17, 22

Sweats Fashions, Inc. v. Pannill Knitting Co.,
833 F.2d 1560 (Fed. Cir. 1987) . . . . . . . . . . 21

Sweet v. United States,
53 Fed. Cl. 208 (2002) . . . . . . . . . . 17

Vanalco, Inc. v. United States,
48 Fed. Cl. 68 (2000) . . . . . . . . . . 9

Veit & Company, Inc. v. United States,
56 Fed. Cl. 30 (2003) . . . . . . . . . . 26

**STATUTES and REGULATIONS**

28 U.S.C. § 1491 . . . . . . . . . . 8

41 U.S.C. § 601 *et seq.*, . . . . . . . . . . 2, 8

41 U.S.C. § 605(a) . . . . . . . . . . 9

41 U.S.C. § 609(a)(3) . . . . . . . . . . 9

48 C.F.R. § 2.101 (2003) . . . . . . . . . . 9

**MISCELLANEOUS**

Omega World Travel, Inc.; SatoTravel, Inc., B-288861.5 *et al.*, . . . . . . . . . . . . . . . . . . . . . . . . . . 3