# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: July 27, 2004)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiff's Motion for Early Discovery (plaintiff's motion), filed on June 28, 2004. Pursuant to a telephonic status conference held today, the court MOOTS plaintiff's motion. Briefing on Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (defendant's motion), filed on July 22, 2004, shall proceed as scheduled by the court rules. Plaintiff's response to defendant's motion shall be filed on or before Monday, August 23, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge