# In the United States Court of Federal Claims

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES of AMERICA,**<br><br>**Defendant.** | **Case No. 04-718C**<br>**(Judge Emily C. Hewitt)** |

**CARLSON'S MOTION FOR LEAVE TO FILE THE APPENDIX TO ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, Plaintiff CW Government Travel, Inc. ("Carlson") respectfully moves this Court for leave to file the Appendix to its Response in Opposition to Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (hereinafter "Opposition Brief"). In compliance with General Order Number 2003-42, Carlson timely filed its Opposition Brief electronically through the Court's Electronic Case Filing System. The Appendix to Carlson's Opposition Brief, however, was too large to successfully convert into the format required for electronic filing. Carlson therefore requests leave of this Court to file the Appendix to its Opposition Brief by submitting the attached hardcopies to the Office of the Clerk of the Court. Because Carlson's Opposition Brief was timely filed, the United States will not be prejudiced by the submission of the accompanying Appendix to the Office of the Clerk of the Court for filing.

Respectfully submitted,

/s/Lars E. Anderson

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 760-1623 (Protected)

*Of Counsel:*
Michael W. Robinson
Benjamin A. Winter
Julia M. Kiraly
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182

Dated August 23, 2004

**CERTIFICATE OF FILING**

I hereby certify that on August 23, 2004, a copy of the foregoing CARLSON'S MOTION FOR LEAVE TO FILE THE APPENDIX TO ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Lars E. Anderson
Lars E. Anderson

In the United States Court of Federal Claims

| | | |
|---|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 04-718C** |
| | ) | **(Judge Emily C. Hewitt)** |
| **THE UNITED STATES of AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court has before it Plaintiff's Motion for Leave to file the Appendix to its Response in Opposition to Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. The Plaintiff has requested to file its Appendix by submission to the Office of the Clerk of the Court rather than through the Court's Electronic Filing System. The Court finds that the Plaintiff's Opposition was timely filed therefore the submission of the accompanying Appendix for filing at the Office of the Clerk of the Court will not prejudice the Defendant. Accordingly, the Court hereby **GRANTS** the Plaintiff's Motion for Leave to file its Appendix and the Court hereby **DIRECTS** the Clerk of the Court to file the Appendix.

**IT IS SO ORDERED.**

______________________________
**EMILY C. HEWITT**
**Judge**