# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: August 25, 2004)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Carlson's (Plaintiff's) Motion for Leave to File the Appendix to Its Response in Opposition to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, requesting leave to file hard copies of the large appendix to plaintiff's response in this electronic case. For the reasons stated therein, plaintiff's motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge