IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-718C |
| | ) | (Judge Hewitt) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), defendant respectfully requests an enlargement of time of 14 days, to and including September 21, 2004, within which to file a reply to plaintiff's response in opposition to our motion to dismiss or, in the alternative, motion for summary judgment. Our reply is currently due for filing on September 7, 2004. Plaintiff's counsel has represented that he consents to a one-week enlargement only.

Plaintiff filed its response on August 23, 2004. Because of the press of other business, defendant's counsel was unable, and will be unable, to devote sufficient time to review CW's opposition and draft our reply brief by September 7. Specifically, on August 24, 2004, defendant's counsel filed a motion for reconsideration in Englewood Terrace Ltd. Partnership v. United States, Fed. Cl. No. 03-2209C. Moreover, defendant's counsel was preparing for, and conducting oral argument upon, plaintiff's motion for summary judgment in Godwin v. United States, Fed. Cl. No. 98-167C, argued on August 26, 2004. In addition, defendant's counsel was preparing respondent's brief in

Bannum, Inc. v. United States, Fed. Cir. No. 04-5008, filed on August 26, 2004. Finally, defendant's counsel must prepare respondent-appellee's brief in Pamela J. Sharp v. Principi, Fed. Cir. No. 04-7111, due to be filed on September 8, 2004.

Accordingly, defendant's counsel needs additional time to review CW's brief and prepare our reply.

For the foregoing reasons, defendant respectfully requests the Court to grant an enlargement of time, to and including July 26, 2004, within which to file a reply in support of our motion to dismiss, or, in the alternative, motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/William Ryan for James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Lisa B. Donis
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Attorneys for Defendant

AUGUST 30, 2004

CERTIFICATE OF FILING

I hereby certify that on August 30, 2004, a copy of foregoing "Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa B. Donis
LISA B. DONIS