# In the United States Court of Federal Claims

**04-718C**

**Filed: August 25, 2004**

**CW GOVERNMENT TRAVEL, INC.,**

**v.**

**THE UNITED STATES**

**Appendix (Exhibits 1 - 11) to**
**Pltf's Response in Opposition to Dft's Motion to Dismiss**
**or, in the Alternative, Motion for Summary Judgment**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.