# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: September 2, 2004)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion for an Enlargement of Time, requesting an enlargement of time of two weeks for defendant's reply to plaintiff's response in opposition to defendant's motion to dismiss or, in the alternative, motion for summary judgment. Plaintiff apparently consents to only one week of enlargement. For the reasons stated therein, defendant's motion is granted. Defendant's reply to plaintiff's response in opposition to defendant's motion to dismiss or, in the alternative, motion for summary judgment shall be filed on or before Tuesday, September 21, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge