IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-718C |
| | ) | (Judge Hewitt) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

DEFENDANT'S MOTION OUT OF TIME FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), defendant respectfully requests an enlargement of time, out of time, of an additional 1 business day, to and including January 24, 2005, within which to file a response to plaintiff's complaint. Pursuant to this Court's December 30, 2004 Opinion and Order, defendant's answer was due on January 20, 2005. However, because January 20 was Inauguration Day, and the Federal Government in Washington, D.C. was officially closed, our due date would have been January 21, 2005. Plaintiff's counsel has indicated that he does not oppose this motion.

Defendant's counsel required additional time to prepare the answer because the agency requested additional time to review her proposed responses. Because the request for additional time from the agency did not reach defendant's counsel until late on Tuesday, January 18, 2005, and because defendant's counsel was not in the office on January 19, 2005, she could not request an enlargement of time prior to January 20.

As this Court is aware, the facts involved in this case have changed since the case was filed in April 2004, and the agency's litigation report and proposed responses to plaintiff's complaint required updating. Moreover, agency counsel originally assigned to the case has left the Department of the Army, so the newly assigned counsel required time to familiarize himself with the facts involved in this case. Finally, defendant's counsel was not in the office on January 21, 2005, and could not file the answer on that day. Accordingly, defendant's counsel needed one additional day to finalize the answer and file it with this Court.

For the foregoing reasons, defendant respectfully requests the Court to grant an enlargement of time, out of time, to and including January 24, 2005, within which to respond to plaintiff's complaint. The answer is being filed simultaneously with this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Todd M. Hughes for James Kinsella
JAMES M. KINSELLA
Deputy Director

s/Lisa B. Donis
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Attorneys for Defendant

JANUARY 24, 2005

CERTIFICATE OF FILING

I hereby certify that on JANUARY 24, 2005, a copy of foregoing "Motion Out of Time for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa B. Donis
LISA B. DONIS