# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: January 28, 2005)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion Out of Time for an Enlargement of Time, filed electronically January 24, 2005. For the reasons stated therein, the court GRANTS defendant's motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge