# In the United States Court of Federal Claims

No. 04-718 C

(E-Filed: March 18, 2005)

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Pursuant to Rule 16(b) of the Rules United States Court of Federal Claims (RCFC), and further to the telephonic conference with the parties held on March 18, 2005, the court schedules the following:

1. Initial Disclosures. The parties shall provide initial disclosures, see RCFC 26(a)(1), on or before Tuesday, March 29, 2005.

2. Discovery.

   A. On or before Monday, March 28, 2005, defendant shall produce documents in response to plaintiff's requests for production.

   B. On or before Friday, April 1, 2005, defendant shall provide its responses to plaintiff's interrogatories.

   C. All fact discovery, including all depositions, shall conclude on or before Wednesday, June 1, 2005. To achieve this deadline, the parties shall make

witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying." See RCFC 32(a).

3. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Friday, June 3, 2005.

4. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Monday, June 13, 2005. Defendant shall file its responsive Memorandum on or before Monday, June 20, 2005. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived unless justice shall otherwise require.

5. Pretrial Conference. The pretrial conference will be held at 2:00 p.m. on Thursday, June 23, 2005 at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the scheduling template attached to this Order.

6. Trial. Trial will begin on Wednesday, July 6, 2005 and continue through Friday, July 8, 2005. Trial will begin at 9:00 a.m. each day and will be held at the National Courts Building.

7. Post-Trial Briefing. The parties shall simultaneously file post-trial briefs on or before Thursday, July 14, 2005. Reply briefs, if any, shall be filed simultaneously on or before Monday, July 18, 2005. In their post-trial briefs, the parties shall support their legal arguments with specific citations to the trial transcript and to exhibits that were admitted at trial and discussed with a percipient witness.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

CW Government Travel v. The United States (04-718 C)
Trial Dates: July 6–8
U.S. Court of Federal Claims

| Time | Sun. | Monday | Tuesday | Wednesday | Thursday | Friday | Sat. |
|---|---|---|---|---|---|---|---|
| | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 |
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | | | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |