IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-718 |
| v. | ) | (Judge Hewitt) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1)(B), the parties stipulate and agree to dismiss this action without prejudice, each party to bear its own attorney fees, costs, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director
Authorized Representative of the Attorney General

s/ Lars Anderson, Esq.
LARS ANDERSON, ESQ.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
703-760-1600

Attorney for Plaintiff

June 13, 2005

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, N.W., Attn: Classification Unit, 8th Fl.
Washington, D.C. 20530
202-307-0252

Attorneys for Defendant

June 13, 2005